FILED 2018 NOV 26 PM 3:50 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

RECEIVED NOV 26 2018 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

Case No. 5:18CR646

Case of Ronald black

Your honor,

I know you get stories all the time and I am another one. The case that was turned over to you from Akron Summit county was a mess. Ronald black. as we learned monday the 17th it was a mix up and the holder was lifted. Ron is not a murder or drug addicted etc. he has made mistakes in life but everyone and everyone has or can. I believe in innocent till proven guilty and he hasnt even been to trial. As you know and we all stated his mother is dying of cancer this is a fight agaist time. No one deserves to not be able to be there or say goodbye people that thats happen to will never forgive them selves. shes doing her own time now and just needs her only child. Hes already been in County for 58 days and now this cause of mix ups that he didnt do. please your honor Let him go home till Court or the passing like attorny Campell asked

FILED
RECEIVED
Case No. 5:18-cr-6946

hes not a bad guy and just doing time on a crime that hasnt been found guilty of. many people deserve to do time for hurting people etc I understand that but not till guilty. please your honor his mother needs him. I am a mother myself I cant even imagine not have my child at this time of her life and that he is her only child she has.

Thank you for taking time to read this. happ holidays to you and your family.

Tracy Burrows

P.S. as of mailing letter due to everything she has gotten worse with him gone please help.