# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:18CR646 |
| | ) | |
| Plaintiff, | ) | JUDGE LIOI |
| | ) | |
| -vs- | ) | MOTION TO CONTINUE SENTENCING |
| | ) | HEARING DUE TO WIFE'S HEALTH |
| RONALD BLACK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Defendant, **RONALD BLACK**, by and through his undersigned counsel and respectfully moves this Court for an order continuing his Sentencing Hearing currently scheduled for July 23, 2019 at 9:00 a.m. for the following reason:  Defendant's wife, Tracy Burrows, is having significant health issues and has an invasive gynecological medical procedure scheduled for July 12, 2019 (see attached Exhibit A).  The results of the testing may take over a month to come back.  Defendant and his wife are fearing a cancer diagnosis. As such, Defendant prays that his sentencing date be rescheduled until sometime after August 12, 2019 so that he has the opportunity to be with his wife when she meets with her doctor to get her test results.

WHEREFORE, Defendant, **RONALD BLACK**, requests that this foregoing Motion to Continue be granted and that new date regarding this matter be set by this Court.

Respectfully Submitted,

*/s/ James M. Campbell*
JAMES M. CAMPBELL (0004733)
Attorney for Defendant, Ronald Black
2717 Manchester Road
Akron, OH  44319
P: (330) 745-2422
F: (330) 745-2447